Fisher v. Allen.    Small v. Williamson.

FISHER and others, Exceptants, v. ALLEN and others,
Applicants.

In the matter of a road laid out in the counties of Monmouth
and Middlesex, under an appointment of this Court.

Surveyors of the Highways must not only take but must subscribe the
oath of office required by the statute, or the return of a road by them laid
out will be quashed.

The oaths of office of three of the persons who were
appointed and acted as surveyors of the highways in lay-
ing out this road had been taken and filed within the time
prescribed by law, but had not been subscribed by them.
On this ground *Wall* made and *Hamilton* resisted an appli-
cation to quash the return.

BY THE COURT.—The subscribing of the oath is an indis-
pensable requisite.   Wherever the statute, as in the 19*th*,.
20*th* and 22*d Sections, Rev. Laws* 343, speaks of the taking
of the oath, the subscribing of it is always mentioned; and
in the 21*st Section* it is enacted that if the officer shall not
take and *subscribe* such oath, &c., such neglect shall be
deemed a refusal to serve in the office.

Let the return be quashed.